Jeremy E. Shulman (# 257582)
 jshulman@afrct.com
Scott T. Reigle (# 288515)
 sreigle@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
CAMPBELL & TRYTTEN LLP
301 N. Lake Ave, Suite 1100
Pasadena, CA 91101-4158
Tel: (626) 535-1900 | Fax: (626) 577-7764

Attorneys for Defendant
WELLS FARGO BANK, N.A.,
successor by merger with Wells Fargo
Bank Southwest, N.A., f/k/a Wachovia
Mortgage, FSB, f/k/a World Savings
Bank, FSB ("Wells Fargo")

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JEROME CONTRERAS,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WACHOVIA MORTGAGE, FSB, FORMERLY KNOWN AS WORLD SAVINGS BANK, FSB; CLEAR RECON CORP.; and DOES 1 through 20, inclusive,<br><br>    Defendants. | CASE NO.: 2:17-cv-07399-JFW-JC<br><br>**JUDGMENT OF DISMISSAL**<br><br>[*Assigned to the Hon. John F. Walter*] |

On November 29, 2017, the Court entered an Order granting the Motion to Dismiss the Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), dismissing the Complaint in its entirety without leave to amend. The Order further dismissed Clear Recon Corp. *sua sponte*.

Accordingly:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. The Complaint is dismissed, as to all causes of action, with prejudice;

2. Judgment is entered in favor of defendants Wells Fargo and Clear Recon; *and*

3. Plaintiff, Jerome Contreras will recover nothing in this action from defendants Wells Fargo and Clear Recon.


DATED: December 4, 2017

HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

93000/FR2423/01910794-1                                                              CASE NO. 2:17-CV-07399-JFW-JC
CERTIFICATE OF SERVICE